No. 24-1411

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

DAVID BONIFACE; NISSANDERÈ MARTYR; JUDERS YSEMÉ,
*Plaintiffs - Appellees*,

v.

JEAN MOROSE VILIENA,
*Defendant - Appellant*.

On Appeal from the U.S. District Court for the District of Massachusetts,
Case No. 1:17-cv-10477; Hon. Allison D. Burroughs

**Motion for Leave to File Brief Amici Curiae of
Professors of International Law in Support of Plaintiffs-Appellees**

ARAM A. GAVOOR (First Circuit Bar No. 1142350)
ADMINISTRATIVE LAW, ISSUES & APPEALS CLINIC
THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 G Street, NW
Washington, DC 20052
Telephone: 202-994-2505
Email: agavoor@law.gwu.edu

*Counsel for Amici Curiae Professors of International Law*

# Motion

Professors of International Law move under Federal Rule of Appellate Procedure 29(a)(2) and (3) for leave to file the attached amici curiae brief in support of Plaintiffs-Appellees.

1. This case presents questions of first impression for this Court on the U.S. Constitution and the interpretation of the Torture Victim Protection Act of 1991.

2. Professors of International Law offer expertise on the application of the U.S. Constitution to questions of international law and the interpretation of the Torture Victim Protection Act of 1991. They individually and collectively have an interest in the proper resolution of the issues implicated in this case.

3. Their provision of a third-party perspective on these important issues can be helpful to the Court in deciding this case.

4. Professors of International Law are as follows:

- **William S. Dodge** is the Lobingier Professor of Comparative Law and Jurisprudence at The George Washington University Law School. Professor Dodge currently serves as a reporter for the *American Law Institute's Restatement (Fourth) of the Foreign Relations Law of the United States* (2018). He is the author of *Defining and Punishing Offenses Under Treaties*, 124 Yale L.J. 2202 (2015) (with Sarah H. Cleveland), *Customary International Law, Change, and the Constitution*, 106 Geo. L.J. 1559 (2018),

1

*The New Presumption Against Extraterritoriality*, 133 Harv. L. Rev. 1582 (2020), and *International Comity in American Law*, 115 Colum. L. Rev. 2071 (2015).

- **Andrew Kent** is the Joseph M. McLaughlin Chair and Professor of Law at Fordham Law School. He writes about U.S. foreign relations law, federal courts, and separation of powers, among other topics. His publications include *Congress's Under-Appreciated Power to Define and Punish Offenses Against the Law of Nations*, 85 Tex. L. Rev. 843 (2007).

- **Harold Hongju Koh** is the Sterling Professor of International Law at Yale Law School and its former Dean. He served as Legal Adviser to the U.S. Department of State from 2009 to 2013, Senior Adviser (top political appointee) in that office in 2021, and as Assistant Secretary of State for Democracy, Human Rights, and Labor from 1998 to 2001. He currently serves as Co-Chair for the American Law Institute's *Restatement (Fourth) of the Foreign Relations Law of the United States*. He has written extensively on public and private international law, national security law, and human rights, including *Transnational Public Law Litigation*, 100 Yale L.J. 2347 (1991), *Why Do Nations Obey International Law*, 106 Yale L.J. 2599 (1997), and *International Law as Part of Our Law*, 98 Am. J. Int'l L. 43 (2004). His most

2

recent book is The National Security Constitution in the Twenty-First Century (2024).

- **Ralph G. Steinhardt** is the Lobingier Professor Emeritus of Comparative Law and Jurisprudence at The George Washington University Law School. He has written extensively about international law, international human rights, and international civil litigation, including *Federal Jurisdiction over International Human Rights Claims: The Alien Tort Claims Act after* Filartiga v. Pena-Irala, 22 Harv. Int'l L.J. 53 (1981) (with Jeffrey M. Blum), *Fulfilling the Promise of* Filartiga*: Litigating Human Rights Claims Against the Estate of Ferdinand Marcos*, 20 Yale J. Int'l L. 65 (1995), and *Determining Which Human Rights Claims "Touch and Concern" the United States: Justice Kennedy's* Filartiga, 89 Notre Dame L. Rev. 1695 (2014).

- **Beth Stephens** is a Distinguished Professor of Law at Rutgers Law School. She was an adviser to the American Law Institute's *Restatement (Fourth) of the Foreign Relations Law of the United States* (2018). She has published extensively on the relationship between international and domestic law and the enforcement of international human rights norms through domestic courts, including *Federalism and Foreign Affairs: Congress's Power to "Define and Punish . . . Offenses Against the Law of Nations"*, 42 Wm. & Mary L. Rev.

447 (2000), and *The Curious History of the Alien Tort Statute*, 89 Notre Dame L. Rev. 1467 (2014).

5. For the foregoing reasons, the court should grant leave for Professors of International Law to file the attached amici curiae brief in this case.

Dated: October 16, 2024        Respectfully submitted,

<u>/s/ Aram A. Gavoor</u>
ARAM A. GAVOOR (FIRST CIR. NO. 1142350)
ADMINISTRATIVE LAW, ISSUES & APPEALS CLINIC
THE GEORGE WASHINGTON UNIV. LAW SCHOOL
2000 G Street, NW
Washington, DC 20052
Tel: (202) 994-2505
Fax: (202) 994-8980
Email: agavoor@law.gwu.edu

*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on October 16, 2024.

I hereby certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the appellate CM/ECF system.

Dated: October 16, 2024 /s/ Aram A. Gavoor
Aram A. Gavoor